■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

CALVIN BURKE, Appellant.—Appeal by the defendant from five judgments of the Supreme Court, Kings County (Moskowitz, J.), all rendered April 15, 1986.

Ordered that the judgments are affirmed (*see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.